1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                       UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:25-mj-00093-CDB
12 |              Plaintiff,           |
13 | v.                                |
                                       | MOTION AND ORDER FOR DISMISSAL
14 | VANIS HENSON,                     |
15 |              Defendant.           |
16

17

18     The United States of America, by and through Eric Grant, United States Attorney, and Luke

19 Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-mj-00093-CDB against

20 VANIS HENSON, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal

21 Rules of Criminal Procedure.

22

23 DATED: December 16, 2025              Respectfully submitted,

24                                       ERIC GRANT
                                         United States Attorney
25
                                   By:   /s/ *Luke Baty*
26                                       LUKE BATY
                                         Assistant United States Attorney
27

28

                                          1
                                                              U.S. v. Henson
                                                              Case No. 5:25-mj-00093-CDB

# O R D E R

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-mj-00093-CDB against VANIS HENSON is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __December 16, 2025__     _____
UNITED STATES MAGISTRATE JUDGE